# CRIMINAL DOCKET
## United States District Court for the District of Columbia

CASE CLOSED

| PARTIES | ATTORNEYS | CRIMINAL NO. D |
|---|---|---|
| UNITED STATES | U.S. ATTORNEY   Alto | **1350-'72** |
| VS. | | |
| THOMAS W. MOORE, JR. | Edwin Brown (Ret.) | D22-531-72 |
| PDID: ____   DOB: ____ | 1100 6th St., NW | |
| | | CHARGE: 21 USC 841(a); Un- |
| | Raymond W. Bergan (Retained) | law. Distribution & Dispen- |
| | 1000 Hill Bldg. | sation of Controlled Subs- |
| | 20006   331-5013 | tance |
| | | DATE FILED 2-15-72   BOND: $15,000 w/ |
| | | L. Weinstein |
| | | 278 M St., NW |
| | | 10-21-72 $25,000 Surety & conds.-deferred payment 278 M St. NW |

| DATE | PROCEEDINGS |
|---|---|
| 1972 June 27 | INDICTMENT FILED (639 Counts) |
| 1972 Jun 23 | Writ of H.C. ad test to produce witness Dennis Kelly returned fully executed on 6-21-72 by returning witness to Hagerstown, Maryland. |
| 1972 July 7 | RECOGNIZANCE in the sum of $15,000 taken w/L. Weinstein on 2-15-72. |
| 1972 July 13 | Deft. handed copy of Indictment. ARRAIGNED: Plea Not Guilty. |
| | ORDER dated 2-23-72 of US MAG MARGOLIS is set aside. Motions to be filed by 8-4-72. Status conference is set for 9-5-72 at 3:00 p.m. |
| | All counsel present; bond. GESELL, J.   Rep: I. Watson   E. Brown, Aty. |
| 1972 Sep 5 | Oral motion of government for continuance until 9-12-72 at 1:45 P.M. heard & Granted.   GESELL, J.   Rep=P.Harper. |
| 1972 Sep 5 | Motion to suppress & for return of property. C/S P/A FIAT- GESELL, J. |
| 1972 Sept 12 | Status Conference: Trial is set for 10-16-72 at 9:30 A.M.; Bond. GESELL,J..   Rep-Harper; Edwin Brown; Atty. |
| 1972 Sep 14 | Govt's opposition to Motion to suppress. C/S |
| 1972 Sep 21 | Transcript of proceedings of Sept. 12, 1972; pages 1-12; Court's copy; Rep-P.Harper |
| 1972 Sept 25 | ORDER denying motion of deft. to suppress and for return of property. GESELL, J. (N) |
| 1972 Sep 26 | Govt's notice of intention to sever counts c/s |
| (CONTINUED) | |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. ...THOMAS W. MOORE, JR.....    Cr. No. **1350-72**    Supplemental Page No. ....1....

| DATE | | PROCEEDINGS |
|---|---|---|
| 1972 Oct | 16 | Retyped indictment filed.; Motion of Govt to sever counts, Granted; |
| | | Case called for trial; 12 jurors & 2 alts. sworn; respited until |
| | | 10-17-72 at 9:30 a.m.; bond. |
| | | GESELL,J   Rep-Watson   Henry L. Johnson,Atty   Edwin Brown, Atty |
| 1972 Oct | 17 | Trial resumed; same jury and alternates. Respited until 10-18-72 at |
| | | 10:00 a.m.; bond. GESELL, J.   Rep: I. Watson   E. Brown, H. Johnson, Attys. |
| 1972 Oct | 18 | Trial resumed; Juror #10 ill, not present. Alternate #1 takes seat #10; |
| | | Alternate #2 takes seat of Alternate #1.   Respited until 10-19-72 at |
| | | 9:45 A.M., Bond.   GESELL, J.   Rep-Watson; Ed.Brown & H.L.Johnson; Attys. |
| 1972 Oct | 19 | Trial resumed.  Same jury and alternate.  Respited until 10-20-72 at |
| | | 9:30 a.m.  Bond. |
| | | GESELL,J.   Rep-I.Watson   H.L.Johnson,atty   Edwin Brown,atty |
| 1972 Oct | 20 | Trial resumed; same jury.  Jury retires and begins deliberations. |
| | | (alternate juror not excused)  Court orders dinner for 12 jurors & |
| | | 5 Dep. Marshals. Respited until 10-21-72 at 9:15 a.m.  Two notes from |
| | | jury, filed.  Bond. |
| | | GESELL,J.   Rep-J.Blair   H.L.Johnson,atty |
| 1972 Oct | 21 | Trial resumed; same jury; deliberations resumed; Court orders lunch for |
| | | 12 jurors & 5 deputy Marshals; VERDICT: GUILTY on Counts 3,5,7,8,9,13, |
| | | 14,16,17,18,20,21,23,24,25,27,29,30,31.32,35 & 37 of the retyped in- |
| | | dictment. Court declares mistrial as to the remaining counts. Motion |
| | | of Govt to dismiss severed counts heard & granted; additional bond |
| | | conditions imposed; Bond is set in the amount of $25,000.00 pending |
| | | sentence.  Deft has until the close of business 10-24-72  within which |
| | | to post bond. Sentencing is set for 11-13-72 at 1:45 P.M. |
| | | Verdict form; Deft's proposed instructions 1 thru 5 to the jury; and |
| | | Govt's proposed jury instructions 1 thru 13, filed. |
| | | Deft referred; Jury excused finally unless theu wish to return and |
| | | serve further. |
| | | GESELL, J.   Rep-Watson   Edwin Brown & Henry L. Johnson,Attys |
| 1972 Oct | 24 | ORDER of 10-21-72 for release of deft on $25,000, Surety Bond pending |
| | | sentence with conditions - payment deferred; deft released from Court |
| | | room 10-21-72.  GESELL, J. (Address: 278 M St., SW) |
| 1972 Oct | 26 | BENCH WARRANT ordered & issued.  (11-16-72 ret. exec.) |
| | | GESELL, J.   Rep-Watson & Blair |
| 1972 Nov | 3 | ORDER cancelling all prior orders granting deft bond pending sentence & committing |
| | | deft.   GESELL,J. |

( CONTINUED )

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States *vs.* THOMAS W. MOORE, JR.   Cr. No. 1350-72   Supplemental Page No. 2

| DATE | | PROCEEDINGS |
|---|---|---|
| 1972 Nov 13 | | SENTENCE: Five (5) to fifteen (15) years on Counts 3,5,7,8,9,13,14,27, |
| | | 29,30,31,32,35 and 37 of the retyped indictment and 10 years to 30 years |
| | | on Counts 16,17,18,20,21,23,24 and 25 of the retyped indictment; said |
| | | sentences to run consecutive.  Total sentence of 15 years to 45 years. |
| | | In addition there is a fine imposed on each of Counts 3,5,7,8,9,13,14, |
| | | 27,29,30,31,32,35 and 37 of $5,000.00 and on each of counts 16,17,18,20, |
| | | 21,23,24, and 25, there is imposed a fine in the amount of $10,000.00 |
| | | for a total of $80,000 for a grand total of $150,000.  A special parole |
| | | term of 12 years for each count to run concurrently on all counts is |
| | | imposed pursuant to T21 USC 841(c) and it is further Ordered that the |
| | | defts.license to practice medicine in the District of Columbia is re- |
| | | voked pursuant to T2 DCC 131, and it is further directed that the deft. |
| | | be taken FORTHWITH to a Federal Penitentiary.   The remaining counts are |
| | | hereby dismissed; remanded. GESELL, J.   Rep: I. Watson |
| | | H. Johnson, Atty.     J & C filed. |
| 1972 Nov | 13 | Deft. found to be in violation of conditions of bond pending sentence. |
| | | SENTENCE: Three (3) months to run consecutive to the sentences imposed in |
| | | Counts 3,5,7,8,9,13,14,16,17,18,20,21,23,24,25,27,29,30,31,32,35 and 37 |
| | | of the re-typed indictment. GESELL, J.   Rep: I. Watson |
| 1972 Nov | 14 | ORDER adjudicating deft in contempt of Court & sentencing him to 3 months |
| | | to run consecutive to sentences imposed on the indictment in this case. |
| | | GESELL,J. (N) |
| 1972 Nov. | 20 | Notice of appeal from sentence of Nov. 13, 1972., Paid $5.00 and |
| | | Credited to US. |
| 1972 Nov. | 21 | Copy of docket entries sent to USCA & US Atty.  Copies of notice of |
| | | appeal sent to USCA, US Atty, Atty and deft. |
| 1972 Nov | 22 | Govt's motion to require deposit of fine or posting of bond. C/S  P/A |
| 1972 Dec | 8 | Special Report - Financial Statement of 10-31-72. |
| 1972 Dec | 8 | **Motion of Govt. to require deft. to deposit fine or to post bond heard.** |
| | | **Counsel to present proposed Order by 12-12-72 setting forth procedure** |
| | | **for managing assets and/or income producing properties of the deft.** |
| 1972 Dec | 15 | Order with financial statement attached staying execution of fine, imposed |
| | | 11-13-72, pending appeal; appointing American Security & Trust Co. as |
| | | receiver of assets and holdings of deft until further order of this |
| | | Court.  GESELL,J. |
| 1972 Dec | 15 | Letter dated 12-12-72 to Court from AUSA. |
| 1972 Dec | 15 | Letter dated 12-13-72 to Court from defense counsel. |

(CONTINUED)

CRIMINAL DOCKET

United States District Court for the District of Columbia

United States *vs.* THOMAS W. MOORE, JR.    Cr. No. 1350-72    Supplemental Page No. 3

| DATE | | PROCEEDINGS |
|---|---|---|
| 1972Dec | 15 | Letter dated 12-12-72 to Court from AUSA. |
| 1972Dec | 15 | Letter dated 12-13-72 to Court from defense counsel. |
| 1972Dec | 15 | Order with financial statement attached staying execution of fine, imposed 11-13-72, pending appeal; appointing As Security and Trust Company as receiver of assets and holdings of deft. until further order of this Court.---GESELL, J.------Rep. Blair |
| 1972Dec | 27 | Certificate dated 12-18-72, Instrument #4326, RE: filing of record of Judgment in Office of Recorder of Deeds. |
| 1972Dec | 29 | Motion for extension of time for transmission of record; memorandum in support thereof. c/s |
| 1973Jan | 4 | Motion of deft. for extension of time for transmission of the record on appeal for a period of 30 days after the availability of the trial transcript or 90 days from the filing of the first notice of appeal, whichever comes first, "Granted but not on grounds stated. Transcript was not ordered until late." (FIAT) GESELL, J. (N) |
| 1973Jan | 4 | ORDER granting motion of deft. to extend the time within which to transmit the record on appeal for a period of 30 days after the availability of the trial transcript or 90 days from the date of filing the first notice of appeal, whichever comes first. GESELL, J. (N) |
| 1973Jan | 22 | TRANSCRIPT OF PROCEEDINGS of 10-16-72; Vol. I, pages 1-224; Court's copy;Rep-I.Watson |
| 1973Jan | 22 | TRANSCRIPT OF PROCEEDINGS of 10-17-72; Vol.II, pages 225-431; Court's copy; Rep- I. Watson. |
| 1973Jan | 22 | TRANSCRIPT OF PROCEEDINGS OF10-18-72; Vol.III, pages 432-590; Court's copy; Rep-I.Watson |
| 1973Jan | 22 | TRANSCRIPT OF PROCEEDINGS OF 10-19-72; Vol.IV, pages 591-768(800); Court's copy; Rep-I.Watson |
| 1973Jan | 22 | TRANSCRIPT OF PROCEEDINGS OF10-21-72 & 11-13-72; Vol VI, pages 976-1002; Court's copy; Rep-I.Watson. |
| 1973Feb | 13 | TRANSCRIPT OF PROCEEDINGS of 10-20-72; pages 1-149(a); Court's copy; Rep-J.Blair |
| 1973Feb | 20 | Record on appeal delivered to USCA; receipt acknowledged. |
| 1973May | 22 | TRANSCRIPT OF PROCEEDINGS OF July13,1972;Pages 1-10;Court copy·Rep-Watson |
| 1973May | 25 | SUPPLEMENTAL Record on Appeal delivered to USCA;receipt acknowledged. |
| 1973Oct. | 9 | STIPULATION to transmit Government exhibits #3,4,6,8,15,17 & 24 as supplemental record on appeal. |

(CONTINUED)

CRIMINAL DOCKET

United States District Court for the District of Columbia

United States *vs.* THOMAS W. MOORE, JR.     Cr. No. 1350-72     Supplemental Page No. 4

| DATE | | PROCEEDINGS |
|---|---|---|
| 1973Oct | 10 | TRANSCRIPT OF PROCEEDINGS of 12-8-72;Pages 1-34;Court copy; Rep-J.C.Blair |
| 1973Oct | 15 | SUPPLEMENTAL RECORD delivered to USCA. |
| 1973Oct | 15 | STIPULATION in re typographical error in transcript of 12-8-72. |
| 1973Oct | 16 | SUPPLEMENTAL record on appeal delivered to USCA; receipt acknowledged. |
| 1973Oct | 17 | SUPPLEMENTAL RECORD on Appeal delivered to USCA; receipt acknowledged. |
| 1974Nov | 8 | CERTIFIED copy of Order USCA dated 11-6-74 amending opinion of October 18, 1974. |
| Nov | 14 | CERTIFIED copy of Order USCA dated 11-13-74 denying motion for order directing release. |
| 1975Mar | 7 | TRANSCRIPT of proceedings for 7-13-72; pages 1-10; Rep: I. Watson. |
| Mar | 11 | SUPPLEMENTAL record delivered to USCA; Receipt acknowledged 3-13-75 (CA#73-1192) |
| 1976 | | |
| June | 16 | CERTIFIED COPY of Judgment, USCA, entered 10/18/74 reversing judgment of District Court; Opinion Attached.          GESELL,-J. |
| June | 16 | CERTIFIED COPY of Order, USCA, entered 11-6-74, amending dissenting opinion of Circuit Judge MacKinnon.          GESELL,-J. |
| June | 16 | CERTIFIED COPY of Order, USCA, entered 5-25-76, amending Judgment entered USCA 10-18-74; Statement of Chief Judge Bazelon, U.S.C.A. attached.          GESELL,-J. |
| June | 24 | TRANSMITTAL letter from USCA returning original record with 7 volumes of transcript; 3 supplemental records containing 1 volume of transcript each; and 2 supplemental records with no transcript and 1 envelope containing exhibits. |

(CONTINUED)

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. THOMAS W. MOORE, JR.    Cr. No. 1350-72    Supplemental Page No. 5

| DATE | | PROCEEDINGS |
|------|--|-------------|
| **1976** | | |
| July | 7 | WRIT of H. C. ad pros. ordered & issued for production of deft. on |
| | | 7-19-76. (N)                                              GESELL, J. |
| * | | |
| July | 20 | ORDER vacating Judgment and Commitment of 11/13/72; |
| | | RESENTENCE:  Sentence of Five (5) years to Fifteen (15) years is to |
| | | stand as entered on each of Counts 3,5,7,8,9, 13,14,27,29,30,31,32, |
| | | 35 and 37; Said sentences are to run concurrent; Fine imposed of on each count |
| | | Five Thousand Dollars ($5,000.00); Deft. is also sentenced for a |
| | | period of Three (3) years to Nine (9) years on each of Counts 16,17, |
| | | 18,20,21,23,and 25; said sentences to run concurrently, but |
| | | consecutive to sentences imposed on Counts 3,5,7,9,13,14,27,29,30, |
| | | 31,32,35,and 37; Total sentence is Eight (8) years to Twenty-four |
| | | (24) years; Special parole term of Three (3) years; Deft's license |
| | | to practice medicine in the District of Columbia is revoked pursuant |
| | | to 2 DCC 131; Deft. is to be given credit for time served. |
| | | (N)                                                      GESELL, J. |
| | | |
| *July | 19 | RESENTENCING:  Sentence of Five (5) years to Fifteen (15) years is to |
| | | stand as entered on each of Counts 3,5,7,8,9,13,14,27,29,30,31,32, |
| | | 35, and 37; said sentences are to run concurrently; In addition |
| | | there is imposed  a fine in the amount of Five Thousand Dollars |
| | | ($5,000.00)on each count for a total of Seventy Thousand Dollars |
| | | ($70,000.00); Deft. is also sentenced for a period of Three (3) |
| | | years to Nine (9) years on each of Counts 16, 17, 18, 20, 21, 23, |
| | | and 25; said sentences are to run concurrently but consecutive to |
| | | sentences imposed on Counts 3,5,7,8,9,13,14,27,29,30,31,32,35, and |
| | | 37; Total sentence is Eight (8) years to Twenty-four years (24 yrs.); |
| | | in addition there is a special parole term imposed of Three (3) |
| | | years; it is further ordered that the Deft's license to practice |
| | | medicine in the District of Columbia is revoked pursuant to |
| | | 22 D.C.C. 131; Deft. is to be given credit for time already served. |
| | | Rep.-I. Watson                                           GESELL, J. |

(CONTINUED)

**CRIMINAL DOCKET**

𝕳nited 𝕾tates 𝕯istrict 𝕮ourt for the 𝕯istrict of 𝕮olumbia

United States *vs.* THOMAS W. MOORE, JR. Cr. No. ____1350-72_____ Supplemental Page No. __6__

| DATE | | PROCEEDINGS |
|---|---|---|
| 1976 | | |
| July | 29 | NOTICE of Appeal from sentence of 7/19/76; $5.00 paid and credited to the United States. |
| July | 30 | COPY of Docket Entries sent to U.S.C.A. and U.S. Atty. |
| | | COPY of Notice of Appeal sent to U.S.C.A., U.S. Atty., Deft. and Atty. |
| July | 30 | CERTIFICATE dated 7/27/76 in re: filing of record of JUdgment in Office of the Recorder of Deeds as Instrument No. 2070. |
| Aug. | 25 | TRANSCRIPT of Proceedings of 7/19/76; pages 1-16; Rep.-I. Watson. |
| Sept. | 7 | RECORD on Appeal delivered U.S.C.A.; Receipt Acknowledged. (76-1840) |
| Oct | 4 | CERTIFIED copy of Judgment entered 7-29-77 U.S.C.A. affirming judgment of the District Court,opinion attached. |
| 1977 | | |
| Nov. | 16 | APPEARANCE of Raymond W. Bergan as retained counsel. |
| Nov. | 16 | MOTION of deft. for reduction of sentence; Memorandum in support; Exhibits 1-15.  C/S |
| Dec | 7 | INTERROGATORIES by Govt. to Deft on supplementary proceedings. |
| Dec. | 16 | ORDER reducing sentence.  On Counts 16,17,18,20,21,23 and 25, the sentence of three (3) years to nine (9) years is to run concurrent with the sentence imposed on Counts 3,5,7,8,9,13,14,27,29,30,31, 32,35 and 37, instead of consecutive.  (N)          GESELL, J. |
| 1978 | | |
| Jan. | 19 | INTERROGATORIES by Gov't. to Deft. on supplementary proceedings. C/S |
| Apr. | 4 | TRANSMITTAL Letter from U.S.C.A. returning original record with 9 volumes of transcript under seperate cover. |
| 1979 | | |
| May | 9 | (See Fine Payment Ledger) |
| CONTINUED: | | |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. THOMAS W. MOORE, JR. Cr. No. 1350-72 Supplemental Page No. 7

| DATE | | PROCEEDINGS |
|---|---|---|
| **1981** | | |
| Dec | 30 | RELEASE of lien of the fine imposed against Deft. on Lot 44, Square 2832 |
| | | 3534 - 10th St. N. W. |
| | | |
| **1982** | | |
| Feb | 24 | RELEASE of lien of the fine imposed against Deft. on premises |
| | | 1941 Naylor Road, N. W., Washington, D. C. |